1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                        FOR THE DISTRICT OF ARIZONA
8
9    Paula Blankenship,                    No. CV-14-00618-PHX-NVW
10                 Plaintiff,              **ORDER**
11   v.
12   Advantage Health Care Management
     Company, LLC,
13
14                 Defendant.
15         The Court having reviewed the parties' Stipulation for Dismissal with Prejudice
16   (Doc. 15), and good cause appearing,
17         IT IS ORDERED granting the Stipulation (Doc. 15).
18
19         IT IS FURTHER ORDERED directing the Clerk's Office to dismiss the above-
     entitled action with prejudice, each party to bear their own attorneys' fees and costs.
20
21         Dated this 11th day of June, 2014.
22
23
24         _____
25                    Neil V. Wake
                  United States District Judge
26
27
28